**EXHIBIT B**



**HONDA**

Financial Services

September 21, 2011

Rachel C Williams
47 Cedar Ter
Milton, MA 02186

## NOTICE OF OUR PLAN TO SELL PROPERTY AT A PRIVATE SALE

Subject: Account Number 101099892
2007 Honda Accord
1HGCM56447A212608
Motor Vehicle Retail Installment Contract

Dear Rachel C Williams:

We have the motor vehicle described above because you broke promises in our agreement, and we will sell it at a private sale sometime after October 11, 2011.*

The money received from the sale (after paying our costs) will reduce the amount you owe. If the auction proceeds are less than what you owe, you will still owe us the difference. If we receive more money than you owe, you will receive a refund, unless we must pay it to someone else. If you would like a written explanation on how the amount you owe was determined, or need additional information about the sale, please send your request to the address below.

You can get the property back at any time before we sell it by paying the full payoff amount, including our expenses. As of today, the payoff amount is $13,366.78, which is subject to change due to the addition of applicable fees and/or finance charges.

We are also sending this notice to the following people who have an interest in the motor vehicle or who owe money under your agreement:

N/A

Our associates are available to assist you at (800) 807-7724.

Sincerely,

Las
**American Honda Finance Corporation**

* As per applicable state laws, a Repossession Title will be obtained to sell the collateral.

HNUCCA

American Honda Finance Corporation  600 Kelly Way, Holyoke, Massachusetts 01040